UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JORGE NUNEZ,<br><br>   Petitioner,<br><br>   v.<br><br>CONNIE GIBSON,<br><br>   Respondents. | No. CV 12-04839-AB (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

The Court has reviewed the Petition, the First Amended Petition ("FAP"), the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. See 28 U.S.C. § 636. Further, the Court has engaged in a de novo review of those portions of the Final Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) Respondent's motion to dismiss is granted in part and denied in part as set forth in the Final Report and Recommendation; (2) Grounds Two, Three, and Four of the FAP are accordingly dismissed as time-barred; and (3) Respondent is ordered to file an

Answer to the Ground One of the FAP within 45 days of the date of this Order. All other provisions of the June 8, 2012 scheduling order remain in effect.

Dated: August 17, 2017

_____
ANDRÉ BIROTTE JR.
United States District Judge