# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JORGE NUNEZ,<br><br>Petitioner,<br><br>v.<br><br>CONNIE GIBSON,<br><br>Respondent. | Case No. CV 12-04839-AB (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and this action dismissed with prejudice.

Date: September 4, 2019

ANDRÉ BIROTTE JR.
United States District Judge